**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CTP INNOVATIONS, LLC<br>     v.<br><br>INTEGRACOLOR | §<br>§<br>§<br>§ | Case No. 2:13-CV-484-JRG-RSP<br>LEAD CASE |
| CTP INNOVATIONS, LLC<br>     v.<br><br>PERFORMANCE COMPANIES, LP | §<br>§<br>§<br>§ | Case No. 2:13-CV-485-JRG-RSP |
| CTP INNOVATIONS, LLC<br>     v.<br><br>BEST PRESS, INC. | §<br>§<br>§<br>§ | Case No. 2:13-CV-486-JRG-RSP |
| CTP INNOVATIONS, LLC<br>     v.<br><br>OVATION GRAPHICS, LLC, ET AL. | §<br>§<br>§<br>§ | Case No. 2:13-CV-487-JRG-RSP |
| CTP INNOVATIONS, LLC<br>     v.<br><br>NIEMAN PRINTING | §<br>§<br>§<br>§ | Case No. 2:13-CV-488-JRG-RSP |
| CTP INNOVATIONS, LLC<br>     v.<br><br>TST/IMPRESO, INC. | §<br>§<br>§<br>§ | Case No. 2:13-CV-489-JRG-RSP |
| CTP INNOVATIONS, LLC<br>     v.<br><br>IMAGINE! PRINT SOLUTIONS, INC. | §<br>§<br>§<br>§ | Case No. 2:13-CV-490-JRG-RSP |

| | | |
|---|---|---|
| CTP INNOVATIONS, LLC<br>    v.<br>BLANKS PRINTING & IMAGING, INC. | §<br>§<br>§<br>§ | Case No. 2:13-CV-491-JRG-RSP |
| CTP INNOVATIONS, LLC<br>    v.<br>PRINTPLACE.COM | §<br>§<br>§<br>§ | Case No. 2:13-CV-492-JRG-RSP |
| CTP INNOVATIONS, LLC<br>    v.<br>ETHERIDGE PRINTING | §<br>§<br>§<br>§ | Case No. 2:13-CV-493-JRG-RSP |
| CTP INNOVATIONS, LLC<br>    v.<br>OUTLOOK GROUP CORP. | §<br>§<br>§<br>§ | Case No. 2:13-CV-494-JRG-RSP |
| CTP INNOVATIONS, LLC<br>    v.<br>O'NEIL DATA SYSTEMS, INC. | §<br>§<br>§<br>§ | Case No. 2:13-CV-495-JRG-RSP |
| CTP INNOVATIONS, LLC<br>    v.<br>COCKRELL ENOVATION, INC., ET AL. | §<br>§<br>§<br>§ | Case No. 2:13-CV-496-JRG-RSP |
| CTP INNOVATIONS, LLC<br>    v.<br>XPRESSDOCS GP, LLC | §<br>§<br>§<br>§ | Case No. 2:13-CV-516-JRG-RSP |

## CONSOLIDATION ORDER

The Court has reviewed the pleadings and has observed that the same patents are asserted in all of these cases. Given that there are common questions of law and fact, at least with respect to claim construction, and in order to prevent conflicting rulings and to avoid unnecessary cost and delay, the Court hereby consolidates the cases for pretrial purposes only, with Case No. 2:13-CV-484 designated as the lead case. All future filings must be made in the lead case until this consolidation order is vacated.

**SIGNED this 4th day of October, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE